UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                             CHAPTER 13
RONEL B. CALDERON
TERESITA CALDERON                                  CASE NO. 09-72138

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Wachovia Mortgage          Court claim #: 12**

**Last four digits** of any number used to identify the debtor's account: 3131

---

*Final Cure Amount*

Amount of Prepetition Arrears          $468.11 (Per Creditor's Proof of Claim)

Amount Paid by Trustee                 $468.11

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐     Thru the Chapter 13 Plan          ☒     Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  8/22/2014                      /s/Lydia S. Meyer
                                       Lydia S. Meyer, Trustee
                                       308 W. State St., Suite 212
                                       Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 22nd Day of August, 2014.

Dated:  8/22/2014                      /s/Cynthia K. Burnard

WACHOVIA MORTGAGE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 659558
SAN ANTONIO, TX 78265-9558

WACHOVIA MORTGAGE
ATTN:  BANKRUPTCY . TX1643
4101 WISEMAN BLVD.
SAN ANTONIO, TX  78251-4201

WACHOVIA BANK
PO BOX 15153
WILMINGTON, DE  19850-5153

PIERCE & ASSOCIATES PC
ATTORNEYS AT LAW
1 NORTH DEARBORN, SUITE 1300
CHICAGO, IL  60602

RONEL B. CALDERON
TERESITA CALDERON
2 TENNEYSON COURT
LAKE IN THE HILLS, IL  60156

GERACI LAW LLC
55 E. MONROE ST., SUITE 3400
CHICAGO, IL  60603